

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00733-CR

Michael Kenneth **MITCHELL-GREEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR11124
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 2, 2020.

_____
Liza A. Rodriguez, Justice